# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

SUSAN CHRISTENSEN, VICTORIA STILZ, WILLIAM EHLERS, CHEYENNE HAUSER, ANGELIKA KNOEBL, NATASHA HEIDLAGE, CASSIDY DEELY and GLENN LEE,

Plaintiff(s),

v.

THE BOEING COMPANY,

Defendant(s).

Case No. 20 C 1813
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) THE BOEING COMPANY
and against plaintiff(s) SUSAN CHRISTENSEN, VICTORIA STILZ, WILLIAM EHLERS, CHEYENNE HAUSER, ANGELIKA KNOEBL, NATASHA HEIDLAGE, CASSIDY DEELY and GLENN LEE,

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion

Date: 1/11/2021                                    Thomas G. Bruton, Clerk of Court

                                                   Claire E. Newman, Deputy Clerk